1
2                                                           **JS-6**
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
11   ANIBAL SILVA,                          Case No. 5:21-cv-00832-JWH-SHK
12              Plaintiff,
                                            **JUDGMENT**
13        v.
14   MIDLAND MORTGAGE;
     MIDFIRST BANK;
15   GEORGE RECORDS,
     KEN CLARK;
16   DARLENE VIGIL;
     ROD DANIELSON; and
17   CRYSTAL BAKER,
18              Defendants.
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the "Order on Plaintiff's Summary Judgment Motion [ECF

2  No. 45]; Defendants' Motions to Dismiss [ECF Nos. 53, 55, & 92]; and

3  Plaintiff's Motion to Strike and for Disqualification [ECF Nos. 78, 97, & 125]"

4  entered substantially contemporaneously herewith, and in accordance with

5  Rule 58 of the Federal Rules of Civil Procedure,

6    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

7    1.    This Court possesses subject matter jurisdiction over the above-

8  captioned action pursuant to 28 U.S.C. §§ 1331 & 1367.

9    2.    Defendant Midland Mortgage Company is **DISMISSED** as a party

10  in this case **for lack of personal jurisdiction**.

11    3.    Defendant Rod Danielson, in his capacity as a Chapter 13 Trustee,

12  is **DISMISSED** as a party in this case **without prejudice**.

13    4.    The remaining claims for relief that Plaintiff Anibal Silva asserts in

14  his operative First Amended Complaint [ECF No. 40] against remaining

15  Defendants MidFirst Bank; G. Jeffrey Records, Jr.; Ken Clark; Darlene Vigil;

16  and Crystal Baker are **DISMISSED without prejudice** under the first-to-file

17  rule.

18    5.    Other than potential post-judgment remedies (including those

19  provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent

20  that any party requests any other form of relief, such request is **DENIED**.

21    **IT IS SO ORDERED.**

22

23  Dated:_____August 31, 2022_____          _____

24                                                John W. Holcomb
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28